ACCEPTED
03-14-00607-CV
4215585
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/19/2015 2:56:38 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00607-cv

IN THE COURT OF APPEALS FOR
THE THIRD DISTRICT OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/19/2015 2:56:38 PM
JEFFREY D. KYLE
Clerk

KENNETH M. HARDIN,
*Appellant*

vs.

JOSEPH LELLA,
*Appellee*

## OPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Kenneth M. Hardin, Appellant, and files this Opposed Motion for Extension of Time to File Appellant's Brief and in support thereof would respectfully show the Court the following:

I.

Appellant requests additional time to review and prepare his brief. In the last three weeks Appellant's counsel has participated in a mediation that required travel to Austin, represented a client in a last-minute BBB lemon law arbitration and settlement discussions, and appeared for a contempt hearing which was also in Austin. Given this travel and a computer with a fried hard drive, counsel

1

overlooked the email from the court that the record had been filed. These matters that have consumed his time in the last few weeks and will continue to do so until February 26, 2015, the date the brief is due. Appellant therefore requests an extension of time until Monday, March 30, 2015 for the filing of Appellant's brief.

## II.

This is Appellant's first request for an extension of time to file his brief since the trial court's record was filed on January 26, 2015. The extension is not sought solely for delay, but that justice may be done.

## III.

Appellee's counsel opposes this request for an extension of time.

WHEREFORE, Appellant requests that the Court grant his Motion and designate Monday, March 30, 2015 as the deadline for filing Appellant's brief.

Respectfully Submitted,

_/s/ *Mark L. Aschermann*_____
Mark L. Aschermann
SBN 01368700
BARRON & NEWBURGER, PC
6300 West Loop South, Suite 341
Bellaire, Texas 77401
Telephone (713) 942-0808
Facsimile (713) 942-0449
maschermann@bn-lawyers.com

*ATTORNEYS FOR APPELLANT*

2

## CERTIFICATE OF CONFERENCE

This is to certify that I contacted counsel for Appellee Joseph M. Lella regarding this motion for extension of time and that he and his client object to a 30 day extension of the deadline to file Appellant's brief.

_/s/ *Mark L. Aschermann*_____
Mark L. Aschermann

## CERTIFICATE OF SERVICE

This is to certify that on the 19th day of February, 2015, a true and correct copy of the foregoing document was served on the parties listed below at the address and in the manner indicated.

William M. Nichols  _/s/ *Mark L. Aschermann*_____
WILLIAM M. NICHOLS, P.C.  Mark L. Aschermann
9601 McAllister Freeway, Suite 1250
San Antonio, Texas 78216-5150
*Via Facsimile to (210) 340-8885*

3